In the Matter of DARREN COLLINS, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [940 NYS2d 516]

Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.